MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CABN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    E-Mail: david.countryman@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 14-5425 VC |
| Plaintiff, | |
| v. | [~~PROPOSED~~] DEFAULT JUDGMENT |
| APPROXIMATELY $50,300 IN CASINO CHIPS, | |
| Defendant. | |

**UPON CONSIDERATION** of the unopposed motion of the United States for a default judgment and the entire record, and based on the findings that (1) the United States provided proper notice by serving parties known to have an interest and by publication as required by Rule 6-1, Local Admiralty Rules, (2) the time for filing a claim and answer has expired and (3) no one has appeared to defend by filing a timely claim and answer, it is by the Court on this  23rd  day of  April , 2015,

ORDERED, ADJUDGED AND DECREED that a default judgment be, and hereby is, entered for the United States against Approximately $50,300 in Casino Chips and it is;

/ /

/ /

DEFAULT JUDGMENT
CV 14-5425 VC

1    FURTHER ORDERED that the above –captioned and listed defendant be, and hereby is,
2 condemned and forfeited to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), and that all right,
3 title and interest in said property be and hereby is vested in the United States of America; and it is;
4    FURTHER ORDERED that the United States Marshals Service shall, in accordance with the
5 law, dispose of the forfeited defendant.

Date: April 23, 2015

HONORABLE VINCE CHHABRIA
United States District Judge

DEFAULT JUDGMENT
CV 14-5425 VC